STATE of Missouri, ex rel., Melissa A. STOTLER, and Ann Stotler, Petitioners/Respondents,

v.

Brian J. HUBER, Respondent/Appellant.

No. 73381.

Missouri Court of Appeals, Eastern District, Division Four.

March 2, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 5, 1999.

Application to Transfer Denied June 1, 1999.

James F. Waltz, Oliver, Oliver & Waltz, P.C., Cape Girardeau, for appellant.

Malcolm H. Montgomery, Johnson, Montgomery & Maguire, Cape Girardeau, for respondent.

Before MARY K. HOFF, P.J. and GARY M. GAERTNER, J. and RHODES RUSSELL, J.

ORDER

PER CURIAM.

Brian Huber (Father) appeals from the trial court's judgment dismissing for lack of subject matter jurisdiction his motion for custody of J.J.H

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).